UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEMETRIUS EUGENE MOORE,

    Plaintiff,

v.                                     Case No. 3:15cv410/LC/CJK

ECKOLS, Correctional Officer, *et al.*,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On November 18, 2015, the undersigned entered an order granting plaintiff leave to proceed *in forma pauperis* and directing the clerk to refer the matter to chambers for screening under 28 U.S.C. § 1915(e)(2) (doc. 5). A copy of the order was mailed to plaintiff at the address recently provided by plaintiff in a Notice of Change of Address (doc. 4), which was a branch location of the United States Postal Service. The order was returned as undeliverable. Plaintiff has not contacted the court or provided a current mailing address. Based on the court's inability to contact plaintiff, completion of the preliminary screening process under 28 U.S.C. §

1915(e)(2) or the issuance of any other order would be futile.

Accordingly, it is respectfully RECOMMENDED:

1. That plaintiff's complaint (doc. 1) be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to keep the court apprised of his mailing address.

2. That the clerk be directed to close the file.

DONE AND ORDERED this 5th day of January, 2016.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636;** *United States v. Roberts***, 858 F.2d 698, 701 (11th Cir. 1988).**

Case No. 3:15cv410/LC/CJK