UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DEMETRIUS EUGENE MOORE,**

    **Plaintiff,**

**v.**                                                                                          **Case No. 3:15cv410/LC/CJK**

**ECKOLS, Correctional Officer,** *et al.***,**

    **Defendants.**

_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 5, 2016 (doc. 7).  Plaintiff has been mailed a copy of the Report and Recommendation to his last known address and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation,  I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

Page 2 of 2

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's complaint (doc. 1) is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to keep the court apprised of his mailing address.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 7th day of January, 2016.

　　　　　　　　　　　　　　　　*s/L.A. Collier*
　　　　　　　　　　　　　　　　**LACEY A. COLLIER**
　　　　　　　　　　　　　　　　**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:15cv410/LC/CJK